UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| PATRIOT COAL CORPORATION, et. al. ) | Case No. 12-51502-659 |
| ) | Judge Kathy A. Surratt-States |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | |
| PATRIOT COAL CORPORATION, ) | **Adversary No. 13-4067-659** |
| HERITAGE COAL COMPANY, LLC, ) | |
| ) | **PUBLISHED** |
| Plaintiffs, ) | |
| ) | |
| -v- ) | |
| ) | |
| PEABODY HOLDING COMPANY, LLC, and ) | |
| PEABODY ENERGY CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

The matters before the Court are the Complaint filed by Debtors Patriot Coal Corporation, *et al.,* Notice and Plaintiffs' Motion for Summary Judgment, Defendants' Motion to Dismiss, Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Plaintiffs' Opposition to Defendants' Motion to Dismiss. For the reason set forth in this Court's Findings of Fact and Conclusions of Law entered separately,

**IT IS ORDERED THAT** Plaintiffs' Motion for Summary Judgment on Count I - Declaratory Judgment (Declaration of Rights Under the NBCWA Liabilities Assumption Agreement) is **DENIED**; and

**IT IS FURTHER ORDERED THAT** summary judgment is **GRANTED** *sua sponte* as to Defendants and judgment on the Complaint is entered in favor of Defendants and against Plaintiffs; and the relief requested in Plaintiffs' Complaint is **DENIED** in that Plaintiffs' request that this Court declare that Peabody Holding's obligations with respect to the healthcare benefits owed to the

Assumed Retirees will not be affected by modification of the benefits of retirees of Heritage or Eastern Associated under Section 1114 is **DENIED**; and

**IT IS FURTHER ORDERED THAT** Defendants' Motion to Dismiss is **DENIED AS MOOT;**

and this is the final judgment and order of the Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED:  May 29, 2013
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Peabody Holding Company, LLC
Peabody Plaza
701 Market St.
St. Louis, MO 63101-1826

Brad B. Erens
Jones Day
77 West Wacker
Chicago, IL 60601

David G. Heiman
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Peabody Energy Corporation
Peabody Plaza
701 Market St.
St. Louis, MO 63101-1826

Carl E. Black
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Steven N. Cousins
Armstrong, Teasdale et al.
One Metropolitan Sq.
211 N. Broadway, Ste. 2600
St. Louis, MO 63102-2740

Robert W. Hamilton
Jones Day
325 John H. McConnell Blvd.
Columbus, OH 43215

John M. Newman, Jr.
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114

Jonathan D Martin
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Patriot Coal Corporation
12312 Olive Boulevard
Suite 400
St. Louis, MO 63141

Elliot Moskowitz
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Heritage Coal Company LLC
12312 Olive Boulevard, Suite 436
Saint Louis, MO 63141